UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

July 15, 2013
DATE OF PROCEEDINGS

CHIEF JUDGE JEROME B. SIMANDLE

COURT REPORTER: Lisa Marcus

Docket #   10-510-07(JBS)

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
DEBORAH HANSON
    DEFT. PRESENT

APPEARANCE:
Matthew Smith, AUSA for Govt.
Michael Miller, Esq. for Deft.

NATURE OF PROCEEDINGS:   PLEA / RETRACTION HEARING
Ordered defendant sworn; defendant sworn.
PLEA: Defendant retracted his/her plea of Not Guilty to Count(s) ONE
    of the Superseding Indictment and entered a plea of GUILTY to Count(s) ONE
    of the Superseding Indictment.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement and Rule 11 document to be entered.
Ordered Sentencing set for **DECEMBER 5, 2013 AT 10:00 AM**
Ordered bail continued

Time commenced:  2:45 pm     Time Adjourned:  3:45 pm     Total Time:  1 Hour

s/ *Marnie Maccariella*
DEPUTY CLERK